157 So. 913

**A. L. SMITH et al. v. George DEAL.**

6 Div. 582.

Supreme Court of Alabama.

Oct. 11, 1934.

Pennington & Tweedy, of Jasper, for appellants.

J. B. Powell, of Jasper, for appellee.

GARDNER, Justice.

Affirmed.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

157 So. 913

**Lester SMITH v. STATE.**

6 Div. 615.

Supreme Court of Alabama.

Oct. 18, 1934.

R. G. Redden, of Vernon, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

FOSTER, Justice.

Petition of Lester Smith for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Smith v. State, 157 So. 923 (6 Div. 590).

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

157 So. 913

**SOUTHERN RAILWAY CO. v. Mattie Pearl ZEIGLER, as Adm'x, etc.**

6 Div. 509.

Supreme Court of Alabama.

Nov. 27, 1934.

Stokely, Scrivner, Dominick & Smith, of Birmingham, for appellant.

W. A. Denson, of Birmingham, and Sollie & Sollie, of Ozark, for appellee.

PER CURIAM.

Appeal dismissed.

157 So. 914

**SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD v. Josie P. DOWNS.**

6 Div. 516.

Supreme Court of Alabama.

Oct. 11, 1934.

Wm. B. McCollough, of Birmingham, for appellant.

Beddow, Ray & Jones, of Birmingham, for appellee.

ANDERSON, Chief Justice.

Affirmed on authority of Higgins v. Sovereign Camp, W. O. W., 224 Ala. 644, 141 So. 562, and Sovereign Camp, W. O. W., v. Batty, 227 Ala. 50, 148 So. 811.

GARDNER, BOULDIN, and FOSTER, JJ., concur.

157 So. 914

**Ex parte W. T. TAYLOR, Jr.**

7 Div. 269.

Supreme Court of Alabama.

Nov. 1, 1934.

Paul O. Luck, of Columbiana, for petitioner.

PER CURIAM.

Petition dismissed.